UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                         :
HENRY TUCKER, ON BEHALF OF                               :
HIMSELF AND ALL OTHER PERSONS                            :
SIMILARLY SITUATED,                                      :
                                                         :   No.: 1:25-cv-3576
                      Plaintiffs,                        :
                                                         :   **NOTICE OF VOLUNTARY**
            v.                                           :   **DISMISSAL**
                                                         :
U CALMING CO.,                                           :
                                                         :
                      Defendant.                         :
                                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

        Plaintiff(s), HENRY TUCKER, in accordance with Rule 41(a)(1)(A)(i) of the Federal

Rules of Civil Procedure, hereby dismisses the above-entitled action with prejudice and without

fees and costs against Defendant, U CALMING CO.


Dated:   New York, New York
         May 30, 2025

**GOTTLIEB & ASSOCIATES PLLC**

/s/ Jeffrey M. Gottlieb
Dana L. Gottlieb, Esq. (DG-6151)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
*Attorneys for Plaintiffs*


SO ORDERED:


_____
United States District Court Judge