UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

HENRY TUCKER, ON BEHALF OF
HIMSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

           Plaintiffs,

v.

U CALMING CO.,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:25-cv-3576

**NOTICE OF VOLUNTARY DISMISSAL**

       Plaintiff(s), HENRY TUCKER, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above-entitled action with prejudice and without fees and costs against Defendant, U CALMING CO.

Dated:   New York, New York
          May 30, 2025

**GOTTLIEB & ASSOCIATES PLLC**

/s/ Jeffrey M. Gottlieb
Dana L. Gottlieb, Esq. (DG-6151)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
*Attorneys for Plaintiffs*

So ordered. This action is dismissed with prejudice.

Dated: June 3, 2025
       New York, New York

_____
J. PAUL OETKEN
United States District Judge